IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ZONERICK CLEVELAND                                                               PLAINTIFF

v.                    CASE NO. 5:11CV00177 BSM-HDY

RAY HOBBS, LARRY MAY,                                                           DEFENDANTS
RAY AGEE, JAMES BANKS,
JAMES GIBSON, CURTIS MEINZER,
REVONNA WALKER, VALERIE WESTBROOK,
TODD BALL, DANNY BURL

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE